**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 441 MAL 2019

              Respondent              :

                                :   Petition for Allowance of Appeal
                                :   from the Order of the Superior Court

              v.                     :

                                :

DARNELL HAROLD KELLAM,         :

              Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 9th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.